IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GWENDOLYN FIELDS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No.: 5:26-cv-36 |

ORIGINAL COMPLAINT FOR DAMAGES

COMES NOW Gwendolyn Fields, Plaintiff in the above-referenced action, by and through her undersigned counsel of record, and files this Complaint against Defendant United States of America and shows the Court as follows:

### I.    JURISDICTION AND VENUE

1.

This is an action for money damages against the United States of America pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-2680, for personal injuries and damages caused by the negligent acts and omissions of a federal employee acting within the scope of her employment.

2.

This Court has exclusive subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1346(b)(1).

3.

Venue is proper in this Court pursuant to 28 U.S.C. § 1402(b) as the acts and omissions giving rise to this action occurred in Bibb County, Georgia, within the Middle District of Georgia, and Plaintiff resides in this District.

4.

At all relevant times, the tortious conduct alleged herein occurred in the State of Georgia, and Georgia substantive law governs liability and damages.

## II.    PARTIES

5.

Plaintiff Gwendolyn Fields is a resident of Bibb County, Georgia.

6.

Defendant United States of America is liable for the acts and omissions of its employees, including employees of the United States Postal Service ("USPS"), acting within the course and scope of their federal employment, pursuant to the FTCA.

7.

At all relevant times, the USPS driver involved in the subject collision was a federal employee acting within the scope of her employment, as defined by 28 U.S.C. § 2671.

## III.    ADMINISTRATIVE EXHAUSTION

8.

On or about October 29, 2024, Plaintiff presented an administrative tort claim to the United States Postal Service pursuant to 28 U.S.C. § 2675(a).

9.

Plaintiff's administrative claim was submitted in writing, included a sum certain for damages, fully described the facts and circumstances of the collision, and was filed within two years of the date of the incident.

10.

More than six (6) months have elapsed since Plaintiff submitted the administrative claim, and USPS has failed to make a final disposition of the claim.

11.

Accordingly, the administrative claim is deemed denied by operation of law, and Plaintiff has satisfied all jurisdictional prerequisites to filing this action.

## IV.   FACTUAL ALLEGATIONS

12.

On or about September 7, 2023, at or near the intersection of Rocky Creek Road and Saint Charles Place in Bibb County, Georgia, Plaintiff was lawfully operating her vehicle in the roadway of Rocky Creek Road when she was involved in a motor vehicle collision caused by the negligence of a motorist attempting to turn left onto Rocky Creek Road and acting within the course and scope of her employment with USPS.

13.

The USPS driver was negligent, as pled in ¶12, through her acts and omissions including, but not limited to, failing to maintain a proper lookout, failing to yield to the right of way, failing to use due care when operating a motor vehicle, and failing to obey the Uniform Rules of the Road for the State of Georgia.

14.

As a direct and proximate result of these negligent acts and omissions, Plaintiff sustained physical injuries, experience pain and suffering, incurred medical expenses totaling $30,888.57, and sustained property damage totaling $8,500.00.

## V. COUNT I – NEGLIGENCE

15.

Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

16.

Under Georgia law, drivers owe a duty to operate their vehicles with ordinary care and to comply with applicable traffic laws.

17.

The USPS employee breached these duties by negligently operating the USPS vehicle as alleged above.

18.

Pursuant to 28 U.S.C. § 2674, the United States of America is liable in the same manner and to the same extent as a private individual under like circumstances.

19.

Defendant United Sates of America is therefore liable for all damages proximately caused by the negligence of its employee.

## VI. DAMAGES

20.

As a result of Defendant's negligence, Plaintiff has suffered damages including, but not limited to, past and future medical expenses, past and future pain and suffering, property damage, and other compensatory damages allowed under Georgia law.

WHEREFORE, Plaintiff respectfully requests that this Court:

  a. Enter judgment in favor of Plaintiff and against Defendant United States of America;

  b. Award Plaintiff full compensatory damages not to exceed $1,008,500.00;

  c. Award costs of litigation; and

  d. Grant such other and further relief as the Court deems just and proper.

    Respectfully submitted,

| | |
|---|---|
| DOZIER LAW FIRM, LLC | */s/   **David Dozier*** |
| 487 Cherry Street, Suite 100 | David Dozier |
| Macon, GA 31201 | Georgia Bar No. 228898 |
| (478) 745-9097 Fax | Jon C. Wolfe |
| david@dozierlaw.com | Georgia Bar No. 773352 |
| chris@dozierlaw.com | *Counsel for Plaintiff* |